**WELLS FARGO BANK, N.A.** Successor by Merger to Wachovia Bank, N.A., Respondent

v.

**Vernon R. WILLIAMS**, Settlor, Owner, Executor of the Estate and Judith Williams Real Parties of Interest, Petitioners

No. 363 EAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Devele Lamar REID,** Petitioner

No. 335 WAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

**Gary PAVLIC,** Petitioner

v.

**John F. BELL, et al.,** Respondents

No. 321 WAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.